UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA LYNCH,

        Plaintiff,

v.

ENTERPRISE CHECK SYSTEMS INC et al.,

        Defendants.
_____/

Case No. 1:14-cv-1145

HON. GORDON J. QUIST

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff files this Notice of Dismissal, to dismiss this lawsuit, with prejudice, as to all defendants, and with no award of costs or attorney fees to any party.

Dated: December 23, 2014

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com